Submitted September 28, 2015, affirmed February 1, petition for review denied August 4, 2017 (361 Or 801)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

IVAN AVILA-CARRILLO,
*Defendant-Appellant.*

Jackson County Circuit Court
130261FE; A155289

388 P3d 732

Peter Gartlan, Chief Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Patrick M. Ebbett, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Chief Judge, and Tookey, Judge.

PER CURIAM

Affirmed. *State v. Alcantar*, 283 Or App 114, 388 P3d 1124 (2016).